UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DILENIA PAGUADA,

                         Plaintiff,

              -against-

BAKETIVITY, CORP.,

                     Defendant.

-------------------------------------------------------------X

22 Civ. 1553 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 14, 2022, required the parties to file a status letter on

June 20, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that, by **June 28, 2022,** the parties shall file the status letter.

Dated: June 24, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE