UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DILENIA PAGUADA,                          :
                  Plaintiff,      :
                                :      22 Civ. 1553 (LGS)
         -against-               :
                                :           ORDER
BAKETIVITY, CORP,                         :
                  Defendant,     :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated June 30, 2022, directed Plaintiff to move for default judgment by July 11, 2022, if Defendant fails to file an answer to the amended complaint by July 6, 2022;

       WHEREAS, Defendant failed to file an answer to the amended complaint by July 6, 2022.  It is hereby

       **ORDERED** that Plaintiff shall move for default judgment by July 15, 2022.  Failure to comply with the Court's order may result in sanctions, including dismissal of this case for failure to prosecute.

Dated: July 12, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE